PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
———

No. 12-2524
———

UNITED STATES OF AMERICA

v.

CRAIG ALAN FINLEY,

Appellant
———

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 1-11-cr-00004-001)
District Judge:  Honorable Maurice B. Cohill, Jr.
———

Argued May 14, 2013
Before:  SMITH, FISHER and CHAGARES, *Circuit Judges*.
———

## ORDER AMENDING OPINION

IT IS HEREBY ORDERED that the opinion in the above case, filed August 12, 2013, be amended as follows:

Page 21, footnote 2, line 4:  "www.thefreedictonary.com" should be "www.thefreedictionary.com."

By the Court,

*/s/ D. Michael Fisher*
Circuit Judge

Dated: August 13, 2013
Tnh/cc: All Counsel of Record